455 A.2d 189

Commonwealth v. Hill, Appellant.

Petition for Allowance of Appeal
Denied April 15, 1982.

Submitted May 20, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert

L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.